STATE OF NEW JERSEY v. VERNON FABIAN KINSEY.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF M. S.

May 19, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN W. ROYSTER AND NEW JERSEY STATE PAROLE BOARD.

May 20, 1982.

Petition for certification of the State of New Jersey and the cross-petition for certification of John W. Royster are granted, and the matter is summarily remanded to the New Jersey State Parole Board for reconsideration in light of *In Re: Parole Application of Thomas Trantino*, 89 *N.J.* 347 (1982). Jurisdiction is not retained.

STATE OF NEW JERSEY v. GERALD PROIETTI.

May 26, 1982.

Petition for certification denied.